UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:15-cr-48-T-17AEP

BRODERICK JACKSON

**FORFEITURE MONEY JUDGMENT**

The defendant pleaded guilty to Count One of the Indictment, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A), and the United States has established that the amount of money involved in the offense is $2,100,000.00.

The United States moves under 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for entry of a forfeiture money judgment against the defendant. The motion for entry of a forfeiture money judgment is GRANTED. Under 21 U.S.C. § 853 and Rule 32.2(b)(2), the defendant shall be held jointly and severally liable for a forfeiture money judgment in the amount of $2,100,000.00, with any co-conspirators upon their conviction of the offense charged in Count One.

The United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the value of the money judgment. Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

Pursuant to Rule 32.2(b)(4) and the defendant's Plea Agreement (Doc. 41, p. 8), this order of forfeiture is final at the time it is entered.

Case No. 8:15-CR-48-T-17AEP

ORDERED in Tampa, Florida, on November 4, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

2